IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Willie Villery<br><br>                       Plaintiff,<br>v.<br><br>District of Columbia, *et al.*<br><br>                      Defendants. | Civ. No. 1:10-cv-00630-PLF |

**NOTICE OF APPEARANCE OF DANIEL P. STRUCK**

Pursuant to LCvR 83.6, Daniel P. Struck, Esq. (D.C. Bar No. CO0037) hereby enters his appearance as counsel for Defendant, Corrections Corporation of America, in the above-captioned matter. The firm address, telephone and facsimile numbers, as well as e-mail address for Daniel P. Struck, Esq. is as follows:

    Daniel P. Struck, Esq.
    Jones, Skelton & Hochuli, P.L.C.
    2901 North Central Avenue, Suite 800
    Phoenix, Arizona 85012
    Telephone No.: (602) 263-7323
    Facsimile No.:  (602) 200-7811
    E-Mail: dstruck@jshfirm.com

Dated: April 29, 2010

                              /s/ Daniel P. Struck
                              Daniel P. Struck, Bar No. CO0037
                              Jennifer L. Holsman, Bar No. 495296
                              JONES, SKELTON & HOCHULI, P.L.C.
                              2901 North Central Avenue, Suite 800
                              Phoenix, Arizona  85012
                              Telephone:  (602) 263-1700
                              Facsimile:  (602) 263-1784

                              Mariana Bravo, DC Bar No. 473809
                              CARR MALONEY, P.C.
                              1615 L Street, N.W., Suite 500
                              Washington, DC   20036
                              Telephone:     (202) 310-5500
                              Facsimile:     (202) 310-5555

                              Attorneys for Defendant, Corrections
                              Corporation of America, Inc.

- 2 -

**CERTIFICATE OF SERVICE**

☒    I hereby certify that on April 29, 2010, I served, via U.S. Mail a true and correct copy of the foregoing to the following who is not a registered ECF user:

>Willie Villery (Reg. No. 00725-039)
>RIVERS CORRECTIONAL INSTITUTE
>P.O. Box 630
>Winton, North Carolina 27986
>
>Plaintiff, *pro se*

☒    I hereby certify that on April 29, 2010, true and correct copies of the foregoing were served via CM/ECF to the following registered attorneys:

>Kymian D. Ray
>U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
>Civil Division
>555 Fourth Street, N.W., Room E4825
>Washington, D.C. 20530
>
>Attorney for Defendant Unity Health Care, Inc.

*/s/ Daniel P. Struck*
Daniel P. Struck