Case: 1:10-cv-00630
Assigned To: Friedman, Paul L
Assigned Date: 4/22/2010
Description: PI/Malpractice

To Clerk of Court

I do believe that I have a valid claim against Greater Southeast Community Hospital and Gangagee Balkissoon, MD because of received medical treatment.

I filed this case in Superior Court and now some of it if not all of it has been transfered to District Court.

I am filing under Pro-Se. This case is becoming too complicated for Me to represent myself.

At this time, I ask the court to appoint Me legal counsel.

Please process this request for counsel and send Me any required forms to fill out or notify Me of what is required.

Also, as of this date and time 6/15/2010, 6:00pm I include into this that since Superior Court filed Notice to Defendants Greater Southeast Community Hospital and Gangagee Balkissoon, MD of my claim against thm, I have not received any Awnser, any type of resonse or communication from them.

Sincerely,

Willie Villery
#00725-039
FCI Petersburg
P.O. Box 1000
Petersburg, VA 23804

RECEIVED
JUN 1 8 2010
Clerk, U.S. District and
Bankruptcy Courts