**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Willie Villery<br><br>                Plaintiff,<br><br>        v.<br><br>District of Columbia, *et al.*<br><br>                Defendants. | Civ. No. 1:10-cv-00630-PLF |

**NOTICE OF NON-RESPONSE**

Defendant, Corrections Corporation of America, through counsel, hereby notifies this Court, pursuant to Court Order dated October 27, 2011, that after a review of the exhibits related to Plaintiff's Amended Complaint, it does not intend to file an Amended Motion to Dismiss or Motion for Summary Judgment.

Dated: November 8, 2011

*/s/ Jennifer L. Holsman*
Daniel P. Struck, Bar No. CO0037
Jennifer L. Holsman, Bar No. 495296
STRUCK WIENEKE & LOVE, PLC.
3100 W. Ray Road, Suite 300
Chandler, Arizona  85226
Ph:  480.420.1600
Fax: 480.420.1696

Mariana Bravo, DC Bar No. 473809
CARR MALONEY, P.C.
1615 L Street, N.W., Suite 500
Washington, DC   20036
Telephone:        (202) 310-5500
Facsimile:        (202) 310-5555

Attorneys for Defendant *Corrections Corporation of America, Inc.*

## CERTIFICATE OF SERVICE

☒ I hereby certify that on November 8, 2011, I served, via U.S. Mail a true and correct copy of the foregoing to the following who is not a registered ECF user:

> Willie Villery (Reg. No. 00725-039)
> FEDERAL CORRECTIONAL INSTITUTION
> P.O. Box 1000
> Petersburg, VA  23804
> Plaintiff, *pro se*

☒ I hereby certify that on November 8, 2011, true and correct copies of the foregoing were served via CM/ECF to the following registered attorneys:

> Sarah L. Knapp, Esq.
> ATTORNEY GENERAL'S OFFICE OF THE DISTRICT OF COLUMBIA
> 441 Fourth Street, N.W., Sixth Floor
> Washington, D.C. 20001
> Attorney for Defendants District of Columbia and D.C. Office of the Att'y Gen'l

> Josh C. Hildreth, Esq.
> Special Assistant United States attorney
> U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
> Civil Division
> 555 Fourth Street, N.W., Room E4825
> Washington, D.C. 20530
> Attorney for Defendant Unity Health Care, Inc.

> Stuart N. Herschfeld, Esq.
> BRAULT, GRAHAM, SCOTT & BRAULT, LLC
> 101 South Washington Street
> Rockville, Maryland 20850-1060
> Attorney for Defendant Gangagee Balkissoon, M.D.

> Mariana D. Bravo, Esq,
> CARR MALONEY, P.C.
> 1615 L Street, N.W., Suite 500
> Washington, DC  20036
> Attorneys for Defendant, Corrections Corporation of America

2603764.1

Mary Malloy Dimaio, Esq.
LAW OFFICE OF MAHER & ASSOCIATES
502 Washington Avenue
Suite 410 – Nottingham Centre
Towson, Maryland 21204
Attorneys for Defendant, Greater Southeast Community Hospital

                                                */s/ Jennifer L. Holsman*
                                                Jennifer L. Holsman